IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTOLIN GARCIA MANZANARES,

    Petitioner,

v.

WARDEN E. EMMERICH, et al.

    Respondents.

ORDER

Case No.  25-cv-426-wmc

Petitioner Antolin Garcia Manzanares seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than June 17, 2025.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately November 20, 2024 through the date of the petition, May 20, 2025.

ORDER

IT IS ORDERED that:

    1.    Petitioner Antolin Garcia Manzanares may have until June 17, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before June 17, 2025, I will assume that petitioner wishes to withdraw this petition.


Entered this 22nd day of May, 2025.

BY THE COURT:


/s/
ANDREW R. WISEMAN
United States Magistrate Judge